UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-07492-SPG-MAR | Date | August 25, 2026 |
| Title | Summer D. Pare v. General Motors LLC et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER RE JOINT STATUS REPORT RE SETTLEMENT [ECF NO. 43]**

On May 28, 2026, upon receipt of a "Notice of Settlement" filed in this case, the Court ordered Plaintiff Summer D. Pare and Defendant General Motors, LLC to file a notice or stipulation of dismissal by August 21, 2026. (ECF No. 41). On August 21, 2026, the parties filed a "Joint Status Report Re Settlement," representing that they have "resolved the underlying claims in this matter." (ECF No. 43 ("JSR") at 1). However, the parties have been unable to negotiate an agreement for Plaintiff's attorneys' fees, costs, and expenses, and "surrender of the subject vehicle in this matter" is still in progress. (*Id.*). The parties therefore request the Court continue the parties' deadline to dismiss the case by sixty (60) days. (*Id.*).

Upon review of the Joint Status Report, and finding good cause therefor, the Court GRANTS the parties' request. The parties' deadline to file a notice or stipulation of dismissal is continued from August 21, 2026, to October 20, 2026. The Court further sets an Order to Show Cause re Dismissal hearing for Wednesday, October 28, 2026 at 1:30 p.m. If the parties file a notice or stipulation of dismissal on or before October 20, 2026, the Order to Show Cause re Dismissal hearing will be taken off calendar and no appearance by counsel will be required.

**IT IS SO ORDERED.**

________ : ________

Initials of Preparer pg